# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS  DIVISION

| | | |
|---|---|---|
| WILLIAM J DAVIS, | ) | |
| | ) | CASE NO. C06-0132 MWB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| CHRIS COLLINS, JERRY BURTON, | ) | |
| AND CAPTAIN LARRY. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court.

IT IS ORDERED THAT:

Plaintiff take nothing and this action is dismissed.  Judgment shall enter in favor of the defendants.


DATED:        September 18, 2007

Robert L. Phelps
Clerk of Court

S/src
By: Deputy Clerk
